0004-73-EPIEXX-00414264-154450

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: KATALBA KENYETTA JORDAN                                      Case No.: 15-10649-NPO

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/20/2015.
2) The plan was confirmed on 06/16/2015.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 04/21/2016.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 04/28/2017.
6) Number of months from filing or conversion to last payment: 26.
7) Number of months case was pending: 27.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 55,000.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $5,760.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$5,760.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,483.10 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $314.12 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,797.22** |
| Attorney fees paid and disclosed by debtor: | $200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE | Secured | 1,170.00 | NA | NA | .00 | .00 |
| AARONS SALES & LEASE | Secured | 529.00 | NA | NA | .00 | .00 |
| AARON'S SALES AND LEASE | Secured | NA | NA | NA | .00 | .00 |
| BESTWAY RENT TO OWN | Secured | 1,559.99 | NA | NA | .00 | .00 |
| BESTWAY RENT TO OWN | Secured | NA | NA | NA | .00 | .00 |
| BOLIVAR COUNTY HOSPITAL | Secured | NA | NA | NA | .00 | .00 |
| CLEVELAND MEDICAL CLINIC | Unsecured | 458.26 | NA | NA | .00 | .00 |
| COAHOMA COMMUNITY COLLEGE | Secured | NA | NA | NA | .00 | .00 |
| COLOR CRAFT PORTRAITS | Secured | NA | NA | NA | .00 | .00 |
| CREDIT BUREAU SYSTEMS | Secured | NA | NA | NA | .00 | .00 |
| FINGERHUT | Secured | NA | NA | NA | .00 | .00 |
| HEALTHCARE FINANCIAL SERVICES | Unsecured | 510.00 | NA | NA | .00 | .00 |
| HOLLOWAY CREDIT SERVICES | Unsecured | 140.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: KATALBA KENYETTA JORDAN             Case No.: 15-10649-NPO

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| J & J AUTO SALES | Secured | 2,500.00 | 5,385.00 | 5,385.00 | 2,937.48 | 364.12 |
| J&O REAL ESTATE INVESTORS | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 241.00 | 241.70 | 241.70 | 62.79 | .00 |
| JONES WALKER LLP | Secured | NA | NA | NA | .00 | .00 |
| MOUND BAYOU WATER ASSOCIATION | Unsecured | 200.00 | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 156.00 | 132.00 | 132.00 | 34.32 | .00 |
| RENT A CENTER | Secured | 1,170.00 | NA | NA | .00 | .00 |
| RENT A CENTER | Secured | 2,300.00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 450.00 | 262.06 | 262.06 | 68.12 | .00 |
| ROBERT W CAMP, ESQ | Secured | NA | NA | NA | .00 | .00 |
| SECURITY CREDIT SERVICES | Secured | NA | NA | NA | .00 | .00 |
| SHREVEPORT FCU | Unsecured | 200.00 | NA | NA | .00 | .00 |
| SHREVEPORT FEDERAL CREDIT UNION | Secured | NA | NA | NA | .00 | .00 |
| SPEEDEE CASH BANKRUPTCY DEPT | Secured | NA | NA | NA | .00 | .00 |
| SPEEDEE CASH BANKRUPTCY DEPT | Unsecured | 425.00 | 449.65 | 449.65 | 116.87 | .00 |
| SUNDER JAGWANI MD | Unsecured | 6.00 | NA | NA | .00 | .00 |
| UNITED MEDICAL RECOVERY | Unsecured | 612.39 | 712.66 | 712.66 | 185.25 | .00 |
| WEST ASSET MANAGEMENT | Unsecured | 999.00 | NA | NA | .00 | .00 |
| WILLIAMS & FUDGE | Unsecured | 296.00 | NA | NA | .00 | .00 |
| WOODFOREST NATIONAL BANK | Unsecured | NA | 241.90 | 241.90 | 62.92 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  KATALBA KENYETTA JORDAN                                       Case No.: 15-10649-NPO

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOODFOREST NATIONAL BANK | Unsecured | NA | 503.71 | 503.71 | 130.91 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 5,385.00 | 2,937.48 | 364.12 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,385.00 | 2,937.48 | 364.12 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 2,543.68 | 661.18 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $1,797.22 | |
| Disbursements to Creditors: | $3,962.78 | |
| **TOTAL DISBURSEMENTS:** | | $5,760.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/31/2017                                                By:  /s/Locke D. Barkley
                                                                              Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.